# ORIGINAL

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

To:     CLERK, U.S. BANKRUPTCY COURT

Re:     UNDISTRIBUTED FUNDS

Debtor:     EUSEVIO RODRIGUEZ
10412 HEWITT STREET
VENTURA, CA 93004

Case No.:     ND05-10945-RR

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| EUSEVIO RODRIGUEZ<br>10412 HEWITT STREET<br>VENTURA, CA 93004 | $ 31.90 |

Dated: September 10, 2009

Elizabeth Rojas, TRUSTEE

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0510945 | | EUSEVIO RODRIGUEZ | 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 | 0.00 | 0.00 | 31.90 | 31.90 |
| | Claim #: 00000 | | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 31.90 | 31.90 |

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLERK OF THE COURT

Check No.: 0039597
Check Date: 09/09/2009
Check Amt: 31.90

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1st Business Bank
ONE BUNKER HILL BLDG
601 WEST FIFTH ST.

16-384
1220

CHECK DATE: Sep 09, 2009
CHECK NO.: 0039597
CHECK AMOUNT: $*********31.90
VOID AFTER 60 DAYS

RODRIGUEZ, EUSEVIO

Case No: 0510945

PAY ONLY 31.90
THREE ONE PERIOD NINE ZERO

PAY TO THE ORDER OF  CLERK OF THE COURT

VOID OVER $31.90

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0039597⑈ ⑆122038442⑆ 001 707620⑈